# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY KLAYMAN,<br>7050 W. Palmetto Park Road<br>Boca Raton, FL 33433,<br><br>Plaintiff<br><br> v.<br><br>TODD LANMAN, M.D.,<br>450 N. Roxbury Drive, 3rd Floor<br>Beverly Hills, CA 90210,<br><br>Defendant. | **Case No: 2:26-cv-04525-AB-PD**<br><br><br>**DECLARATION OF JOHN M. PIERCE IN SUPPORT OF REQUEST FOR APPROVAL OF WITHDRAWAL OF COUNSEL** |

I, John M. Pierce, declare as follows:

1.      I am an attorney duly admitted to practice before this Court. I am counsel of record for Plaintiff Larry Klayman in the above-captioned action. I have personal knowledge of the matters set forth in this declaration and, if called as a witness, could and would testify competently to them.

2.      I submit this declaration in support of the concurrently filed Request for Approval of Withdrawal of Counsel (Form G-01).

3.      Mr. Klayman has elected to discharge me as counsel and to proceed pro se in this action. Mr. Klayman has executed Form G-01 indicating his consent to my withdrawal and his intent to represent himself.

**DECLARATION OF JOHN M. PIERCE IN SUPPORT OF REQUEST FOR APPROVAL OF WITHDRAWAL OF COUNSEL**

4.      In accordance with Local Rule 83-2.3.3, Mr. Klayman's current contact information for service and notice in this matter is as follows:

Larry Klayman

7050 W. Palmetto Park Road

Boca Raton, FL 33433

Telephone: (310) 595-0800

Email: leklayman@gmail.com

5.      I have advised Mr. Klayman of all pending deadlines, hearings, and other dates currently set in this action, and of the procedural and substantive risks of self-representation in federal court. Mr. Klayman has confirmed his desire to proceed pro se notwithstanding those risks.

6.      Withdrawal will not cause undue delay or prejudice to any party. No trial date has been disrupted, and no imminent deadline will be missed as a result of the withdrawal.

7.      Upon entry of an order approving withdrawal, I will promptly transmit Mr. Klayman's complete client file to him and will take all reasonable steps to protect his interests during the transition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of May, 2026, at Viera, Florida.

John M. Pierce

_____

John M. Pierce

**DECLARATION OF JOHN M. PIERCE IN SUPPORT OF REQUEST FOR APPROVAL OF WITHDRAWAL OF COUNSEL**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON MAY 9, 2026, I CAUSED THE FOREGOING DOCUMENTS:

1. REQUEST FOR APPROVAL OF WITHDRAWAL OF COUNSEL (FORM G-01);
2. DECLARATION OF JOHN M. PIERCE IN SUPPORT OF REQUEST FOR APPROVAL OF WITHDRAWAL OF COUNSEL; AND
3. [PROPOSED] ORDER ON REQUEST FOR APPROVAL OF WITHDRAWAL OF COUNSEL,

TO BE SERVED ON THE PARTIES LISTED BELOW BY ELECTRONIC MAIL AT THE EMAIL ADDRESSES INDICATED:

KATHLEEN M. WALKER, ESQ.
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 WEST 5TH STREET, SUITE 4000
LOS ANGELES, CALIFORNIA 90071
EMAIL: KATHLEEN.WALKER@LEWISBRISBOIS.COM
ATTORNEYS FOR DEFENDANT TODD LANMAN, M.D.

LARRY KLAYMAN
EMAIL: LEKLAYMAN@GMAIL.COM
PLAINTIFF, PRO SE

IN ADDITION, THE FOREGOING DOCUMENTS WERE ELECTRONICALLY FILED WITH THE CLERK OF THE COURT USING THE CM/ECF SYSTEM, WHICH WILL TRANSMIT A NOTICE OF ELECTRONIC FILING TO ALL COUNSEL OF RECORD REGISTERED AS ECF USERS IN THIS ACTION.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON MAY 9, 2026, AT VIERA, FLORIDA.

_John M. Pierce_

_____

JOHN M. PIERCE

**DECLARATION OF JOHN M. PIERCE IN SUPPORT OF REQUEST FOR APPROVAL OF WITHDRAWAL OF COUNSEL**