**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY KLAYMAN,<br><br>                                Plaintiff(s)<br>      v.<br><br>TODD LANMAN, M.D.,<br><br>                                Defendant(s) | CASE NUMBER<br><br>2:26-cv-04525-AB-PD<br><br>(~~PROPOSED~~) ORDER ON REQUEST FOR<br>APPROVAL OF SUBSTITUTION OR<br>WITHDRAWAL OF ATTORNEY |

☒ The Court hereby orders that the request of:

Larry Klayman          ☒ Plaintiff ☐ Defendant ☐ Other _____
*Name of Party*

☒ to substitute Larry Klayman                 who is

☐ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☒ Pro Se

7050 W. Palmetto Park Road
_____
Boca Raton, FL 33433      *Street Address*    leklayman@gmail.com
*City, State, Zip*                               *E-Mail Address*

(310) 595-0800
_____     _____     _____
*Telephone Number*           *Fax Number*          *State Bar Number*

as attorney of record instead of John M. Pierce
                           *List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☒ **GRANTED** ☐ **DENIED**

☐ The Court hereby orders that the request of [_____]
                         *List **all** attorneys from same firm or agency who are withdrawing.*

[_____]

to withdraw as attorney of record for [_____]

**is hereby** ☐ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated   May 14, 2026
_____                   _____
                                U. S. District Judge/ U.S. Magistrate Judge